ROSARIO ET AL., PLAINTIFFS, APPELLANTS AND RESPONDENTS, *v.* RUCABADO ET AL., DEFENDANTS, APPELLANTS AND RESPONDENTS.

APPEAL from the District Court of Guayama in an Action of Ejectment.

MOTION by both parties to correct the statement of the case.

No. 1177.—Decided July 29, 1914.

APPEAL—STATEMENT OF CASE—AMENDMENT—CONSENT OF PARTIES.—When a statement of the case has been approved by the trial court and included in the transcript of the record it cannot be modified or amended in the Supreme Court unknown to or without the consent of the trial judge, even though both parties agree thereto.

The facts are stated in the opinion.

*Messrs. A. Dones* and *Damián Monserrat, Jr.,* for the plaintiffs.

*Messrs. Muñoz & Brown* for the defendants.

DECISION.

WHEREAS, both parties by mutual consent move this court for leave to correct the statement of the case included in the transcript of the record by substituting for one paragraph another which is quoted in the motion;

WHEREAS, when once the statement of the case has been approved by the trial court and included in the transcript of the record it cannot be modified or amended unknown to or without the consent of the trial court, even though both parties mutually agree thereto;

THEREFORE, in view of the doctrine laid down in the cases of *Calaf et al.* v. *Calaf,* 16 P. R. R., 811: *The People* v. *Sierra,* 17 P. R. R., 603; *Orama et al.* v. *Oyanguren,* 19 P. R. R., 294,

and *Crosas* v. *Gutiérrez,* 19 P. R. R., 1086, the motion filed by both parties on July 27 last, is overruled.

*Motion overruled.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.